IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-CV-00163-F

| | | |
|---|---|---|
| SUSAN S. ROSS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion for Attorney's Fees [DE-33]. A review of the record reveals that on October 5, 2016, the parties filed a Stipulation [DE-34] regarding attorney's fees. Consequently, Plaintiff's Motion for Attorney's Fees [DE-33] is DISMISSED as moot.

SO ORDERED.

This, the *31* day of October, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge